```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                      Case No. 16-04339-RNO
Lynn H. Stoneroad                                                           Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: TWilson               Page 1 of 1          Date Rcvd: May 04, 2017
                              Form ID: orcnfpln           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db             +Lynn H. Stoneroad,    312 Market Street,    Highspire, PA 17034-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Lynn H. Stoneroad pmurphy@dplglaw.com,
               kgreene@dplglaw.com;r49534@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Lynn H. Stoneroad | Chapter | 13 |
| Debtor(s) | Case No. | 1:16−bk−04339−RNO |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on November 4, 2016. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: May 4, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: TWilson, Deputy Clerk