```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 16-04339-HWV
Lynn H. Stoneroad                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: TWilson            Page 1 of 1           Date Rcvd: Jun 19, 2018
                             Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
              +Hershey Entertainment & Resorts Co.,   Attn: Payroll Administrator,   27 West Chocolate Avenue,
                Hershey, PA 17033-1672
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Lynn H. Stoneroad pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lynn H. Stoneroad                                    Chapter 13

**Debtor(s)**                                        Case No. 1:16-BK-04339-HWV

**Matter:** Motion for Termination of Wage Attachment Order

**Document No.** 19

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom the Debtor, Lynn H. Stoneroad, receives income should immediately cease the wage attachment in the amount of **$260.31** from each **bi-weekly** paycheck.

Dated: June 19, 2018                                 By the Court,

                                                     _____
                                                     Henry W. Van Eck, Bankruptcy Judge (KB)