```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                         Case No. 16-04339-HWV
Lynn H. Stoneroad                                              Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: TWilson             Page 1 of 2            Date Rcvd: Jul 13, 2018
                              Form ID: pdf010           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
```
db              +Lynn H. Stoneroad,    312 Market Street,    Highspire, PA 17034-1401
4851871          Capital Tax Collection Bureau,    PO Box 60547,    Harrisburg, PA 17106-0547
4846379         +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4975
4846380         +Eastern Account System,    75 Glen Road, Suite 310,    Sandy Hook, CT 06482-1175
4851872         +John W. Hoch, Tax Collector,    72 Roop Street,    Highspire, PA 17034-1259
4846381         +KML Law Group PC,    Suite 5000 BNY Independence Center,    701 Market Street,
                  Philadelphia, PA 19106-1538
4846396        #+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
4846398          Portfolio Recovery&affil,    287 Independence Virginia Beach,    Virginia Beach, VA 23462
4846399         +Powell Inc.,    1 Fisher Street,    Halifax, PA 17032-8845
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4846378         +E-mail/Text: rperez@arcadiarecovery.com Jul 13 2018 19:04:58     Arcadia Recovery Bureau,
                  645 Penn Street,    Reading, PA 19601-3543
4846382          E-mail/Text: camanagement@mtb.com Jul 13 2018 19:04:48     M&T Bank,    1 Fountain Plaza,
                  Buffalo, NY 14203
4862914          E-mail/Text: camanagement@mtb.com Jul 13 2018 19:04:48     M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
4846383         +E-mail/Text: bankruptcydpt@mcmcg.com Jul 13 2018 19:04:54     Midland Funding LLC,
                  2365 Northside Drive,    San Diego, CA 92108-2709
4878994         +E-mail/Text: bankruptcydpt@mcmcg.com Jul 13 2018 19:04:54     Midland Funding, LLC,
                  Midland Credit Management, Inc.,    as agent for Midland Funding, LLC,    PO Box 2011,
                  Warren, MI 48090-2011
4846384         +E-mail/Text: Bankruptcies@nragroup.com Jul 13 2018 19:05:10     National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
4891224          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2018 19:10:33
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4846385*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846386*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846387*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846388*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846389*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846390*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846391*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846392*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846393*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846394*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846395*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4846397*        +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                  TOTALS: 0, * 12, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: TWilson             Page 2 of 2                Date Rcvd: Jul 13, 2018
                               Form ID: pdf010           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Lynn H. Stoneroad pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lynn H. Stoneroad

**Debtor(s)**

**Chapter** 13

**Case No.** 1:16-BK-04339-HWV

**Matter:** Motion to Dismiss Case

## ORDER

UPON CONSIDERATION of the Debtor(s)' Motion to Dismiss Case and it having been determined that the case should be dismissed, IT IS ORDERED that the above-captioned case be and IS HEREBY dismissed.

Dated: July 13, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)